THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,Respondent,
 v.
 Mark L. Zachary, Appellant.
 
 
 

Appeal From Orangeburg County
James C. Williams, Circuit Court Judge

Unpublished Opinion No. 2011-UP-222
Submitted May 1, 2011  Filed May 18, 2011

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of
 Columbia; and Solicitor David M. Pascoe, Jr., of Summerville, for Respondent.
 
 
 

PER CURIAM:  Mark L. Zachary appeals his conviction for shoplifting, arguing the trial court erred in allowing Zachary to be impeached by his
prior shoplifting convictions without weighing their prejudicial effect.  After a thorough review of the record and counsel's brief pursuant to Anders
v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
be relieved.[1]
APPEAL DISMISSED. 
FEW, C.J., HUFF and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.